**OFFICE OF DISCIPLINARY COUNSEL, Petitioner,**

v.

**Timothy Edward CASSIDY, Respondent.**

**No. 726, Disciplinary Docket No. 3.**

Supreme Court of Pennsylvania.

March 5, 2002.

***ORDER***

PER CURIAM.

AND NOW, this 5th day of March, there having been filed with this Court by Timothy Edward Cassidy his verified Statement of Resignation dated January 23, 2002, stating that he desires to resign from the Bar of the Commonwealth of Pennsylvania in accordance with the provisions of Rule 215, Pa.R.D.E., it is

ORDERED that the resignation of Timothy Edward Cassidy be and it is hereby accepted and he is DISBARRED ON CONSENT from the Bar of the Commonwealth of Pennsylvania; and it is further ORDERED that he shall comply with the provisions of Rule 217, Pa.R.D.E. Respon-

dent shall pay costs, if any, to the Disciplinary Board pursuant to Rule 208(g), Pa.R.D.E.